## Myrtle Timmerman, Plaintiff-Appellant, v. Ivan Wilson, Defendant-Appellee, and Marvin D. Wilson and Carl Pankey, Defendants.

### Gen. No. 65–100. (Abstract of Decision.)

Fifth District.

August 31, 1966.

Listeman, Bandy & Hamilton, of East St. Louis, and N. Murry Edwards, of St. Louis, Missouri, for appellant; Loy & Cochran, of Fairfield, for appellee. Opinion by JUSTICE MORAN. Not to be published in full.